IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES A. ABEYTA,                                                                           PLAINTIFF
ADC #800132

VS.                                           2:06CV00011 WRW

MICHAEL PFEIFFER, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 28th day of June, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE