IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHARLES A. ABEYTA                                                                                          PLAINTIFF
ADC #800132

VS.                                              2:06CV00011 WRW

MICHAEL PFEIFFER, et al.                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants is dismissed with prejudice.

SO ADJUDGED this 28th day of June, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE